UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, individually and on behalf of all other similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> WAYNE V. BENNETT, in his official capacity as Sheriff of Glynn County, Georgia; and THE GLYNN COUNTY SHERIFF'S OFFICE, <br><br> Defendants. | Civil Action No. 2:12cv00135 |

**CONSENT ORDER**

WHEREAS, this matter has come before the Court on the Plaintiff's Motion for Conditional Certification (Doc. Nos. 55 and 56) and on the Parties' Joint Stipulation for Conditional Certification, and

WHEREAS, the Court has considered the Plaintiff's Motion for Conditional Certification and the Stipulation, and exhibits thereto, and, on considering the same, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Conditional Certification is granted under the terms of, and for the purposes set out in, the Parties' Stipulation. The relevant jobs and time periods consist of all current and former detention officers who worked at the Glynn County Detention Center at any time during the three-year period preceding the date of this Order.

2. Plaintiff's counsel shall send notice to potential opt-in Plaintiffs as set out in the Parties' Joint Stipulation for Conditional Certification.

3. Sheriff Wayne Bennett is hereby dismissed from this lawsuit and "Neal Jump, in his official capacity as Sheriff of Glynn County" is hereby substituted as the Defendant. Fed. R. Civ. Pro. 25(d). Since the Glynn County Sheriff's Office is not an entity capable of being sued, it is hereby dismissed from this lawsuit. *See, e.g., Vann v. Glynn County Sheriff's Dept.*, CIV.A. CV206-028, 2006 WL 839373 (S.D. Ga. Mar. 29, 2006); *Lawal v. Fowler*, 196 Fed. Appx. 765, 768 (11th Cir.2006); *Nesbitt v. Chatham County Sheriff's Dept.*, CV406-167, 2006 WL 3248383 * 2 (S.D. Ga. Nov. 6, 2006).

4. It is further ordered that the Clerk of the Court shall amend the caption of this case to read as follows: *David L. Jackson, individually and on behalf of all other similarly situated individuals, Plaintiff, v. Sheriff Neal Jump, in his official capacity as Sheriff of Glynn County, Defendant*, Civil Action No. 2:12cv00135. The parties shall use this caption on all future pleadings.

SO ORDERED, this 26 day of March, 2013.

_____
Honorable Lisa Godbey Wood
Chief Judge, United States District Court
Southern District of Georgia