# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| DAVID L. JACKSON, individually and on behalf of all other similarly situated individuals | ) ) ) ) | |
| v. | ) ) | CV 212-135 |
| NEAL JUMP, in his official capacity as Sheriff of Glynn County | ) ) ) | |

## ORDER

On February 3, 2014, this Court entered an order pursuant to the Notice of Acceptance and Offer of Judgment filed by the parties on January 31, 2014. The Court did not clarify that the issue of attorney's fees is still pending.

The parties are hereby ORDERED to brief the Court on the attorney's fees claims within fourteen (14) days of today's date. The Clerk is ordered to keep this case active pending resolution of this claim.

SO ORDERED, this 6 day of February, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA