IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, ) | |
| HELEN DENISE MORAN, ) | CIVIL ACTION NO. 2:12-CV-00135 |
| Individually and on behalf of all other ) | |
| similarly situated individuals ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEAL JUMP, ) | |
| in his official capacity as Sheriff of ) | |
| Glynn County, Georgia; and ) | |
| THE GLYNN COUNTY SHERIFF'S OFFICE ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND EXPENSES**

COME NOW Plaintiff David Jackson and all other Opt-In Plaintiffs, and submits this Motion for Attorney's Fees and Expenses pursuant to 29 U.S.C. § 216(b). Pursuant to this Motion and the reasons set forth in Plaintiff's Brief in Support of such Motion, Plaintiffs respectfully pray that this Court grant an Order approving Plaintiffs' request for reasonable attorney's fees and expenses incurred by their Counsel in the total amount of $211,573.99.

In support of their Motion for Attorney's Fees and Expenses, Plaintiffs present the following materials which are attached hereto as the following Exhibits:

Exhibit 1:   Affidavit of Sherry H. Culves:

   Attachments:

   A. Background Summary of Sherry H. Culves;

   B. Background Summary of Sharon H. Reeves;

   C. Background Summary of Canon B. Hill;

        D. Background Summary of Hays B. McQueen;

        E. Background Summary of Collier W. McKenzie;

        F. Background Summary of Jessica Ekey;

Exhibit 2:      Affidavit of Mary Helen Moses;

Exhibit 3:      Affidavit of Sharon H. Reeves:

    Attachments:

        A. Summary of Attorney's Fees and Expenses Requested Grand Total

        B. Summary with detailed billing records – inception through 10/24/2013

        C. Summary with detailed billing records – 10/25/2013 – 1/24/2014

        D. Summary with detailed billing records – 1/26/2014 – 2/17/2014

    Detailed Statement of All Hours Expended;

    Detailed Time Entries of All Professionals;

    Itemized Listing of Expenses;

Exhibit 4:      Affidavit of Canon B. Hill;

Exhibit 5:      Affidavit of Hays B. McQueen;

Exhibit 6:      Affidavit of Collier W. McKenzie; and

Exhibit 7:      Affidavit of Jessica B. Ekey.

RESPECTFULLY SUBMITTED this 20th day of February, 2014.


                            /s Sharon H. Reeves
                          SHARON H. REEVES
                          Attorney for Plaintiffs
                          Georgia State Bar Number 380109

Jones, Cork & Miller, LLP

Suite 500, SunTrust Building
435 Second Street, Macon, GA  31201
P.O. Box 6437, Macon, Georgia  31208-6437
Telephone:  (478) 745-2821
Facsimile:  (478) 743-9609

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the foregoing PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND EXPENSES upon all counsel of record by electronic filing:

Paul Michael Scott
pscott@brbcsw.com
Brown Readdick Bumgartner Carter Strickland & Watkins, LLP
PO Box 220
Brunswick, GA 31521-0220

Respectfully submitted, this 20th day of February, 2014.

s/Sharon Reeves
Sharon H. Reeves
Georgia Bar No. 380109
sharon.reeves@jonescork.com
ATTORNEY FOR PLAINTIFFS
