IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, <br> HELEN DENISE MORAN, <br> Individually and on behalf of all other <br> similarly situated individuals <br><br> Plaintiff, <br><br> v. <br><br> NEAL JUMP, <br> in his official capacity as Sheriff of <br> Glynn County, Georgia; and <br> THE GLYNN COUNTY SHERIFF'S OFFICE <br><br> Defendants. | CIVIL ACTION NO. 2:12-CV-00135 |

## AFFIDAVIT OF MARY HELEN MOSES

STATE OF GEORGIA

COUNTY OF GLYNN

Before the undersigned officer, duly authorized to administer oaths, comes Mary Helen Moses, to me known, who being first duly sworn, says:

1.

I am over 21 years of age, and I have personal knowledge of the facts herein set forth unless otherwise indicated.

2.

This affidavit is being presented as evidence in support of Jones, Cork & Miller, LLP's Motion for Attorney's Fees in connection with its representation of the above-named Plaintiffs on their Fair Labor Standards Act ("FLSA") claims.

1



3.

I am a solo practitioner with a current office located on St. Simons Island, Georgia and I am a member in good standing with the State Bar of Georgia for approximately 36 years.

4.

I received my B.A. from Furman University in 1975 and my J.D. from the University of Georgia School of Law in 1978. I also received my L.L.M. in labor and employment law from Georgetown University Law Center in 1981.

5.

Since 2000, I have been admitted to practice in the Southern District of Georgia, and I have been admitted to practice in other federal and state courts in Georgia, the District of Columbia, and New York, as well as the U.S. Supreme Court.

6.

As a practicing lawyer, I have represented individuals and employers in a number of labor and employment matters, both as plaintiff and defense counsel. I have also represented individuals, federal and local government agencies, small businesses, and Fortune 500 corporations in other widely diverse issues, including constitutional, contract, education, domestic, personal injury, occupational health and safety, toxic tort, and transportation matters in federal and state trial and appellate courts, administrative agencies, and arbitration tribunals.

7.

I have practiced law in Glynn County since 1999. During such time, I have represented individuals and businesses in state and federal courts, including the U.S. District Court for the Southern District of Georgia.

8.

Prior to returning to returning to Georgia in 1999, I practiced law in Albany, New York for 18 years where I performed similar services and counseled and represented individuals, businesses, and school districts with regard to all aspects of labor, employment, construction, transportation, and constitutional matters. I practiced before the federal and state trial and appellate courts in New York, as well as federal state agencies and arbitration tribunals. I served as counsel to the New York State Bar's Committee on Sexual Harassment Prevention, and drafted policies and procedures for members of the New York State Bar.

9.

I have also had a career as a professor of law. In my academic career, I have taught thousands of law students at Albany Law School of Union University, North Carolina Central University, Atlanta's John Marshall Law School, and Mercer University where my courses included labor and employment law, civil procedure, professional responsibility, constitutional law, commercial law, and legal skills, and I have lectured in these same areas in Continuing Legal Education courses. In the current academic year at Mercer, I have taught civil procedure, statutory law and analysis, and legal writing.

10.

Based on my extensive history of practice in the area of labor and employment law as well as my knowledge and experience in the local forum, I am qualified to provide an opinion as to reasonable hourly rates charged by attorneys for services in the Brunswick, Georgia area.

11.

Based on my knowledge and experience, it is my opinion that the following rates charged by Jones Cork and Miller, LLP in this matter are reasonable, consistent and similar to those rates

3

that would be charged by local attorneys with similar experience and qualifications in the Brunswick area: Partner Sherry H. Culves at $250 per hour; Partner Sharon H. Reeves at $225 per hour; Associate Canon B. Hill at $165 per hour; Associate Hays B. McQueen at $155 per hour; Associate Collier W. McKenzie at $150 per hour; and Paralegal Jessica B. Ekey at $85 per hour.

FURTHER AFFIANT SAYETH NOT.

This 19th day of February, 2014.

_Mary Helen Moses_
MARY HELEN MOSES

Subscribed to and sworn before me this 19 day of Feb., 2014.

_Diane M. Moore_
Notary Public, State of Georgia
My Commission Expires: August 12, 2015