– Attachment A to SHR Affidavit –

Summary of Attorney's Fees Requested Grand Total

| Billing Individual | Position in firm (At time of Billing) | Break Down of Time Billed by Individual | Hourly Rate | Fees Requested per individual (after time cuts) |
|---|---|---|---|---|
| Sherry Culves | Partner | 346.1 | $250 | $86,525 |
| Sharon Reeves | Partner | 251.9 | $225 | $56,678 |
| Hays McQueen | Associate | 255.8 | $155 | $39,649 |
| Canon Hill | Associate | 89.2 | $165 | $14,718 |
| Collier McKenzie | Associate | 22.1 | $150 | $3,315 |
| Jessica Ekey | Paralegal | 87.6 | $85 | $7,446 |
| Dollar value of time cut through 10/24/13 | | | | $13,784 |
| | | | | |
| Sub-Total | | 1052.7 | | $222,115 |
| | | | | |
| Voluntary Reductions | | | | $17,013 |
| Grand Total Fees Requested | | | | $205,102 |

Summary of Expenses Requested Grand total

| | thru 10/24/2013 | 10/23/2013 - 01/24/2014 | 1/26/2014 - 2/17/2014 | Subtotals |
|---|---|---|---|---|
| Photocopies | $1,220.60 | $81.40 | $18.60 | $1,320.60 |
| Facsimile Charges | $10 | $1.60 | | $11.60 |
| Computer Research Services | 2,890.35 | $111.03 | $72.50 | $3,073.88 |
| Postage/Outside Courrier | $264.69 | $7.88 | | $272.57 |
| Court costs | $350 | | | $350.00 |
| Travel expenses | 1443.34 | | | $1,443.34 |
| | | | | |
| Grand Total Expenses Requested | | | | $6,471.99 |

| Grand Total Fees and Expenses Requested | $211,573.99 |
|---|---|

**Summary of Reductions**

| | | |
|---|---|---|
| Dollar Value of Detailed Reduction thru 10/24/2013 | | $13,784.00 |
| Additional percentage reduction since 10/24/13 | | $3,229.00 |
| Expenses cut | | $25 |
| Total Voluntary Reductions | | $17,038.00 |