Summary of Attorney's Fees Requested from 10/25/2013 to 1/24/2014

| Billing Individual | Position in firm (At time of Billing) | Break Down of Time Billed by Individual | Hourly Rate | Requested per individual (after time |
|---|---|---|---|---|
| Sherry Culves | Partner | 22.2 | $250 | $5,550 |
| Sharon Reeves | Partner | 45.8 | $225 | $10,305 |
| Hays McQueen | Associate | 30.7 | $155 | $4,759 |
| Canon Hill | Associate | | $165 | $0 |
| Collier McKenzie | Associate | | $150 | $0 |
| Jessica Ekey | Paralegal | 10.3 | $85 | $876 |
| | | | | |
| Sub-Total Fees | | 109 | | $21,489 |
| 8% voluntary reduction | | | | $1,719 |
| Total Fees Requested This Period | | | | $19,770 |
| | | | | |
| Total Expenses Requested This Period | | | | $201.91 |

"Attachment C to SHR Affidavit"

**JONES, CORK & MILLER, LLP**
P.O. Box 6437
Macon, GA   31208-6437
(478) 745-2821
Fed. ID # 58-1210646

David Jackson                                              February 7, 2014
115 Horseshoe Bend                              Billing through:   02/07/2014
Riverdale, GA   30274

| Client: 12370 | JACKSON, DAVID L., ET AL | Invoice #: | 114207 |
|---|---|---|---|
| Matter: 00001 | Glynn Co Sheriff's Dept/FLSA | Timekeeper: | SHR |

*Regarding:* Glynn County Sheriff's Department/FLSA

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours |
|---|---|---|---|
| 10/28/2013 | SHC | Work on Settlement negotiations - fee reduction. | 1.20 hrs |
| 10/29/2013 | SHR | return call to Jerrick Lawson | 0.20 hrs |
| 10/29/2013 | SHR | work on final proposal on attorney's fees | 1.00 hrs |
| 10/29/2013 | SHC | Work on Attorney's Fees summaries and calculations regarding reductions, final review of redactions; develop three charts explaining fees and reductions. | 3.30 hrs |
| 10/29/2013 | SHC | Lengthy correspondence to Terry Readdick regarding Attorney's Fees and Settlement. | 0.40 hrs |
| 10/30/2013 | JBE | Message from Helen Moran re: updated address.  Update Plaintiff Chart with contact information. | 0.10 hrs |
| 10/30/2013 | JBE | Communication to Sheila Moran re: missed call re: status.  Left message with man who answered phone. | 0.10 hrs |
| 11/04/2013 | JBE | Communication from Helen Moran re: status of issues. | 0.10 hrs |
| 11/05/2013 | SHR | call from Travis Smith with questions about Sheriff's calculations | 0.20 hrs |
| 11/05/2013 | JBE | Communication from Oscar Jones re: status of case. | 0.10 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/08/2013 | JBE | Message from Sheila Moran re: status of case. | 0.10 hrs |
| 11/08/2013 | JBE | Communication to Sheila Moran re: status.  She is at work and does not leave until 4:00. | 0.10 hrs |
| 11/12/2013 | SHC | Correspondence to/from Terry Readdick. | 0.20 hrs |
| 11/12/2013 | SHC | Phone call from Mrs. Moran. | 0.10 hrs |
| 11/12/2013 | JBE | Communication from Sara Larry re: status of case. | 0.10 hrs |
| 11/13/2013 | JBE | Communication from and to Sheila Moran re: status of case.  We keep missing each other on the phone. | 0.10 hrs |
| 11/14/2013 | JBE | Communication from Sheila Moran re: status of the case. | 0.10 hrs |
| 11/18/2013 | SHC | Correspondence to Terry Readdick.  Correspondence from Mr. Readdick.  Follow up regarding same. | 0.30 hrs |
| 11/19/2013 | SHC | Correspondence to Terry Readdick; address Settlement Negotiations; address potential Continuance. | 0.50 hrs |
| 11/20/2013 | SHR | call from Officer Metzler with questions about status of case | 0.20 hrs |
| 11/20/2013 | SHC | Correspondence from Terry Readdick.  Review proposed Joint Motion for Continuance; Order regarding same; correspondence to Terry Readdick. | 0.20 hrs |
| 11/20/2013 | JBE | Communication from Annie Hamilton re: status of case. | 0.10 hrs |
| 11/20/2013 | JBE | Communication from Helen Moran re: status of case. | 0.10 hrs |
| 11/21/2013 | SHR | email from Terry Readdick updating on Corbett's progress on our questions and discrepancies; review correspondence regarding same; reply to Sherry with analysis of same | 1.50 hrs |
| 11/21/2013 | SHC | Correspondence from Terry Readdick regarding Settlement Analysis.   Order regarding Motion to Stay; calendar deadlines.  Follow up regarding same. | 0.40 hrs |
| 11/22/2013 | SHR | receive and calendar order on stay | 0.20 hrs |
| 11/26/2013 | SHR | call from Jerrick Lawson requesting update on litigation | 0.20 hrs |
| 12/02/2013 | JBE | Communication from and to Helen Moran re: status of case. | 0.10 hrs |
| 12/06/2013 | SHR | call from Officer Oscar Jones with questions about status | 0.30 hrs |
| 12/06/2013 | JBE | Communication to Sheila Moran re: status of case. | 0.10 hrs |
| 12/09/2013 | SHR | analyze letter and third offer of judgment; meet with SHC re same | 2.00 hrs |
| 12/09/2013 | SHC | Receive and analyze   correspondence from Terry Readdick; Offer of Judgment (draft). | 0.60 hrs |
| 12/09/2013 | SHC | Research [redacted] | |
| 12/09/2013 | SHC | Conference with SHR regarding contents of Settlement Response; strategize regarding [redacted] | 0.50 hrs |
| 12/10/2013 | SHR | two calls from [redacted] [employee re retaliation] | 0.40 hrs |
| 12/10/2013 | SHC | Research cases setting out standards for [redacted] in 11th Circuit. | 1.40 hrs |
| 12/10/2013 | SHC | Research FRCP and Local Rules regarding attorney fees. | 0.30 hrs |
| 12/11/2013 | SHR | sifting through spreadsheet for each individual plaintiff finding multiple errors and inconsistencies and drafting email to Defense counsel re some of the errors and omissions | 5.50 hrs |
| 12/11/2013 | SHR | met with Sherry re her research on motion for attorney fees and strategy decisions re same | 0.50 hrs |
| 12/11/2013 | SHC | Begin drafting outline of facts regarding attempt to avoid costs | 0.50 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | of Litigation. Review prior correspondences and ORR's to Sheriff/Will Worley. | |
| 12/11/2013 | SHC | Continue researching GA District Court FLSA attorney fee cases. | 0.60 hrs |
| 12/11/2013 | SHC | Work on plan for establishing ▮. | 0.30 hrs |
| 12/11/2013 | SHC | Work on analysis of ▮. | 0.30 hrs |
| 12/11/2013 | SHC | Follow up regarding Rose Roberts. | 0.20 hrs |
| 12/11/2013 | JBE | Review file for Rose Robert's Dismissal. | 0.30 hrs |
| 12/11/2013 | JBE | Communication to Sonya Anderson re: fee agreement. | 0.10 hrs |
| 12/11/2013 | JBE | Communication to Rose Roberts re: dismissal signed? | 0.10 hrs |
| 12/11/2013 | JBE | Correspondence to Rose Roberts re: dismissal. | 0.10 hrs |
| 12/12/2013 | SHR | continue detailed analysis of spreadsheets provided by Defendant; letter to Terry Readdick re numerous inconsistencies in same | 3.60 hrs |
| 12/13/2013 | SHR | finalize letter to Terry Readdick describing multiple problems with spreadsheets provided in support of settlement offer | 0.70 hrs |
| 12/13/2013 | SHC | Correspondence from/to SHR regarding discrepancies in Sheriff's Office charts; revise correspondence regarding areas of concern. | 0.30 hrs |
| 12/16/2013 | JBE | Communication to Sonya Anderson for fee agreement. Numbers are incorrect. | 0.10 hrs |
| 12/16/2013 | JBE | Communication to Rose Roberts for dismissal. No answer. | 0.10 hrs |
| 12/16/2013 | JBE | Communication from Helen Moran re: new contact information and status of case. | 0.10 hrs |
| 12/17/2013 | SHC | Analyze correspondence from Terry Readdick and responses from Ron Corbett in preparation for meeting with SHR to plan for next steps in settlement negotiations. | 0.20 hrs |
| 12/17/2013 | SHC | Telephone call w/SHR. | 0.30 hrs |
| 12/17/2013 | HBM | Initial review and analysis in regards to providing Motion and Brief in Support of litigation on attorney's fees, and exhibits, documents, and other evidence which must be produced in order to recover fees. | 0.60 hrs |
| 12/18/2013 | SHC | Work on Arguments to include in Motion for Attorney's Fees & Brief in Support of same. | 1.00 hrs |
| 12/18/2013 | SHC | Conference with Hays McQueen regarding drafting Attorney's Fees Pleading & Support Affidavit. | 1.10 hrs |
| 12/18/2013 | HBM | Meeting with SHC in preparation of providing Court records for attorney's fees negotiations; initial review of proceedings regarding claims for attorney's fees underneath FLSA standards. | 1.10 hrs |
| 12/18/2013 | JBE | Communication to Sara Larry re: status of case. | 0.10 hrs |
| 12/19/2013 | SHR | careful and specific review of new spreadsheet provided with corrections and letter of explanation from Defendant and thorough analysis of the following plaintiffs: Baker, Brinkley, Larry, Lawson (not completed Lawson) | 3.00 hrs |
| 12/19/2013 | HBM | Research of ▮ regarding awards of attorney's fees ▮ | 1.40 hrs |
| 12/19/2013 | HBM | Review of JCM firm timesheets on matter, in order to determine ▮ | 1.90 hrs |
| 12/19/2013 | HBM | Development of legal authority relating to ▮ | |

| Date | Init | Description | Hours |
|---|---|---|---|
| 12/19/2013 | HBM | Review of similar FLSA cases regarding ▮ | |
| 12/20/2013 | SHR | teleconference with Sherry Culves re development of ▮ and my concerns over problems still appearing in spreadsheets for each plaintiff | 1.00 hrs |
| 12/20/2013 | SHR | multiple emails from SHC and HLM re ▮; meeting with HLM re his research and plan for him to handle motion for efficiency while I handle spreadsheet issues and questions with defense attorneys; continue review of spreadsheet for Jerrick Lawson | 2.10 hrs |
| 12/20/2013 | SHC | Telephone conference with Sharon Reeves regarding case tasks. | 0.70 hrs |
| 12/20/2013 | SHC | Correspondence to SHR regarding status of case. | 0.10 hrs |
| 12/20/2013 | SHC | Draft correspondence to Terry Readdick regarding Attorney's Fes portion of potential settlement.   Internal correspondence regarding same. | 0.40 hrs |
| 12/20/2013 | SHC | Draft portion of correspondence to clients relating to upcoming Settlement Offer. | 0.30 hrs |
| 12/20/2013 | SHC | Telephone calls to Southern District Attorneys regarding ▮ attorney's fees.   Internal correspondence regarding same. | 0.30 hrs |
| 12/20/2013 | SHC | Telephone conference with ▮ Memo to File regarding same. [potential expert on attorneys fees] | 0.80 hrs |
| 12/20/2013 | SHC | Follow up regarding additional referrals for local Counsel experts. | 0.20 hrs |
| 12/20/2013 | SHC | Correspondence to ▮ regarding Attorney's Fee Support. [potential expert on attorneys fees] | 0.20 hrs |
| 12/20/2013 | SHC | Telephone conference with ▮ regarding supporting our Motion for Attorney Fees; Memo to File regarding same. [potential expert on attorneys fees] | 0.80 hrs |
| 12/20/2013 | SHC | Correspondence to ▮ regarding Attorney's Fees Support.  [potential expert on attorneys fees] | 0.20 hrs |
| 12/20/2013 | SHC | Correspondence to Savannah counsel regarding referrals for Plaintiff's attorneys and market rate. | 0.20 hrs |
| 12/20/2013 | SHC | Correspondence from ▮; follow up internally. [potential expert on attorneys fees] | 0.20 hrs |
| 12/20/2013 | SHC | Correspondence from ▮. [potential expert on attorneys fees] | 0.10 hrs |
| 12/20/2013 | HBM | Conference with lead counsel, SHC, regarding development of case in support for motion for attorney's fees, including discussion ▮ | 1.10 hrs |
| 12/20/2013 | HBM | Continued development of similar authority and evidentiary support provided therein to analyze sufficiency of claim of attorney's fees. | 1.30 hrs |
| 12/20/2013 | JBE | List of opt-in names and city they reside for SHC. | 0.30 hrs |
| 12/20/2013 | JBE | Communication from James Metzler re: status of claim. | 0.10 hrs |
| 12/23/2013 | HBM | Review of correspondence and review of Defendant's Third Offer of Judgment and review of basis for computing amount of judgment. | 0.40 hrs |
| 12/23/2013 | HBM | Revising and organizing detailed reports as to attorney's fees and hours expended on matter | 0.50 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/23/2013 | HBM | Research of case law and communications in ▉▉▉ in support of preparation of motion for attorneys' fees. | 1.30 hrs |
| 12/23/2013 | HBM | Outlining and organizing information to be included and used as evidentiary support and basis for calculating full amount of attorney's fees to be considered. | 1.00 hrs |
| 12/23/2013 | HBM | Continued research and review of authority of ▉▉▉ regarding awards of attorney's fees for ▉▉▉ | 2.20 hrs |
| 12/23/2013 | HBM | Outlining brief arguments to be drafted for Plaintiffs Motion for Attorney fees in light of pending settlement of matter. | 0.90 hrs |
| 12/23/2013 | HBM | Revision of evidentiary basis for lead attorney affidavit which provides ▉▉▉ | 0.50 hrs |
| 12/24/2013 | HBM | Continued review of pertinent information ▉▉▉ on matter for petition drafting. | 0.80 hrs |
| 12/26/2013 | SHR | letter to Terry Readick and Paul Scott asking to extend time within which to respond to Third Offer of Judgment and extend stay for purposes of same | 0.30 hrs |
| 12/26/2013 | SHR | work on detailed letter to Plaintiffs explaining settlement offer | 1.80 hrs |
| 12/26/2013 | SHR | continue detailed study of Corbett spreadsheet: J. Lawson (not given full credit for pre-shift work) compare M. Baker and O Jones; determine reason for reduction in offer to Nieves; begin check of each individual employee's current offer and spreadsheet (not previously checked): P Anderson, S Anderson, Bruce, Cecconi through Woodcock; thorough comparison of T. Smith personal chart to T. Smith spreadsheet offer and comparison of alterations to his offer to his team mates Jackson and Lawson | 7.70 hrs |
| 12/26/2013 | HBM | Organization and outlining of brief in support of petition for attorney's fees and evidentiary support ▉▉▉ | 0.60 hrs |
| 12/27/2013 | SHR | email correspondence with Paul Scott and Terry Readdick re extending stay for settlement purposes and extending deadline to respond to offer of judgment for us to receive a response from each plaintiff; review and approve draft motion to extend stay | 1.00 hrs |
| 12/27/2013 | SHR | receive email from Terry Readdick answering questions on three individual plaintiffs' offers and discussing percentage offered for errors in computation; create excel spreadsheet of total amount being offered to each plaintiff as plaintiffs offered a lump sum liquidated damages amount and a specific sum for errors that no longer totals 3% so time spent determining amount to allocate to each plaintiff as the total number does not create an even percentage for each plaintiff; create ▉▉▉ ; draft | 6.80 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | explanation of difference for each plaintiff who is being offered less than previous; complete drafting of letter to clients recommending acceptance of offer of judgment and individualize seven letters to individuals being offered less than previously | |
| 12/27/2013 | HBM | Continued development of additional supporting persuasive authority ▊ | 2.90 hrs |
| 12/27/2013 | JBE | Communication to Sonya Anderson ▊. Incorrect numbers. | 0.10 hrs |
| 12/27/2013 | JBE | Communication to Rose Roberts ▊. No answer. | 0.10 hrs |
| 12/27/2013 | JBE | Prepare client settlement packets for all plaintiffs. | 3.60 hrs |
| 12/27/2013 | JBE | Status update from SHR re: new settlement offer, Sonya Anderson's ▊, Rose Robert's ▊. | 0.20 hrs |
| 12/30/2013 | SHR | call from Sarah Larry with questions about settlement | 0.10 hrs |
| 12/30/2013 | SHR | call from Terrie Rogers with questions about settlement | 0.10 hrs |
| 12/30/2013 | SHR | call from David Jackson to discuss settlement offer | 0.20 hrs |
| 12/30/2013 | SHR | call from Jerrick Lawson to answer his questions about settlement offer | 0.20 hrs |
| 12/30/2013 | SHR | brief work on ▊ in support of attorney fee motion | 0.30 hrs |
| 12/30/2013 | SHR | two call from Travis Smith to discuss settlement and answer his questions | 0.20 hrs |
| 12/30/2013 | SHR | receive, review and calendar order on motion to stay | 0.10 hrs |
| 12/30/2013 | HBM | Preparing and revision of detailed ▊ in petition requesting award of fees, and ▊. | 1.00 hrs |
| 12/30/2013 | HBM | Continue drafting of brief in support of petition for attorney's fees and costs under FLSA and examining ▊. | 3.40 hrs |
| 12/30/2013 | HBM | Conference with SHR regarding status of offer of judgment as to damages portion of matter, and analyzing needs of former lead counsel Sherry Culves for providing support in petition for attorneys fees. | 0.40 hrs |
| 12/30/2013 | HBM | Analyzing and sketching substantive portions of lead counsel affidavit to be used in support for petition for award of attorney's fees. | 0.60 hrs |
| 12/30/2013 | JBE | Communication from Helen Moran re: ▊ | 0.10 hrs |
| 12/30/2013 | JBE | Message from Helen Moran re: question with settlement. | 0.10 hrs |
| 12/30/2013 | JBE | Communication to Helen Moran re: ▊ | 0.10 hrs |
| 12/31/2013 | SHR | call from David Jackson with questions about settlement | 0.10 hrs |
| 12/31/2013 | SHR | call from James Metzler with questions about settlement | 0.30 hrs |
| 12/31/2013 | HBM | ▊ [research] | 0.60 hrs |
| 12/31/2013 | HBM | Continued drafting of legal argument section of Brief in Support of Petition for Attorney's fees in portion regarding ▊ | 1.50 hrs |
| 01/02/2014 | HBM | Continued drafting of argument section of petition for attorney's fees and addressing legal analysis as to ▊ | 1.90 hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/02/2014 | JBE | Spreadsheet re: opt-ins who have sent agreement sheets back. | 0.10 hrs |
| 01/03/2014 | SHR | call from Oscar Jones with questions about ▓ | 0.20 hrs |
| 01/03/2014 | SHR | receive fax from Latoya Roberts re ▓ | 0.10 hrs |
| 01/03/2014 | HBM | Review of file materials relating to relevant documents to be produced in support of Petition for Attorney's Fees ▓ | 0.60 hrs |
| 01/03/2014 | JBE | Communication to Latoya Roberts re: ▓ | 0.10 hrs |
| 01/03/2014 | JBE | Communication from Helen Moran re: ▓ | 0.10 hrs |
| 01/06/2014 | SHR | email from David Jackson | 0.10 hrs |
| 01/06/2014 | JBE | Review and docket of agreements that were received today. Only lacking 10 more. | 0.20 hrs |
| 01/06/2014 | JBE | Communication to Sara Larry re: ▓ | 0.10 hrs |
| 01/06/2014 | JBE | Communication to Rose Roberts re: ▓. | 0.10 hrs |
| 01/06/2014 | JBE | Communication back from Sara Larry re ▓. | 0.10 hrs |
| 01/06/2014 | JBE | Communication to Helen Moran re: ▓. | 0.10 hrs |
| 01/08/2014 | JBE | Receipt and review of agreements received today. | 0.10 hrs |
| 01/08/2014 | JBE | Communication to Sheila Moran re: ▓. | 0.10 hrs |
| 01/09/2014 | JBE | Communication from Marsha Griffin re: ▓. | 0.10 hrs |
| 01/10/2014 | SHR | call from Cathy Perez | 0.10 hrs |
| 01/10/2014 | SHR | Call from Plaintiff Torres | 0.10 hrs |
| 01/13/2014 | SHR | call from Plaintiff Ms. Serray with questions | 0.10 hrs |
| 01/13/2014 | SHR | research result of failure of plaintiff to agree to settlement or consent to dismissal of individual claim | 2.50 hrs |
| 01/13/2014 | JBE | Communication to Sheila Moran re: ▓. | 0.20 hrs |
| 01/13/2014 | JBE | Communication to Julian Brinkley re: ▓. | 0.10 hrs |
| 01/13/2014 | JBE | Communication to Keleen Surray re: ▓. | 0.10 hrs |
| 01/13/2014 | JBE | Correspondence to Julian Brinkley re: ▓. | 0.10 hrs |
| 01/13/2014 | JBE | Communication to Sonya Anderson re: ▓. | 0.10 hrs |
| 01/13/2014 | JBE | Communication to Rose Roberts re: ▓ No answer. | 0.10 hrs |
| 01/13/2014 | JBE | Communication from Sonya Anderson re: ▓. | 0.10 hrs |
| 01/14/2014 | JBE | Communication from Sara Larry re: ▓. | 0.10 hrs |
| 01/15/2014 | SHR | call from Mr. Lawson | 0.20 hrs |
| 01/15/2014 | JBE | Review and docket of agreements that were sent today. | 0.10 hrs |
| 01/15/2014 | JBE | Communication to Jerrick Lawson re: ▓. | 0.10 hrs |
| 01/15/2014 | JBE | Communication from and to Annie Hamilton re: ▓. | 0.20 hrs |
| 01/15/2014 | JBE | Communication to Rose Roberts at number given to me by ▓. No answer. | 0.10 hrs |
| 01/17/2014 | JBE | Communication from Annie Hamilton re: ▓. | 0.10 hrs |
| 01/17/2014 | JBE | Communication from Helen Moran re: ▓. | 0.10 hrs |

| Date | Init | Description | Hours |
|---|---|---|---|
| 01/21/2014 | JBE | Receipt of Sonya Anderson documents and review of items needed prior to settlement. | 0.10 hrs |
| 01/21/2014 | JBE | Communication from and to Annie Hamilton re: ███████████. | 0.10 hrs |
| 01/21/2014 | JBE | Correspondence to Julian Brinkley re: ███████████████████████. | 0.20 hrs |
| 01/21/2014 | JBE | Communication to Julian Brinkley that we need ███████████████████. | 0.10 hrs |
| 01/23/2014 | SHR | call from Mr. Jackson with questions | 0.20 hrs |
| 01/23/2014 | SHR | call from Mr. Lawson with questions | 0.20 hrs |
| 01/23/2014 | SHR | call Paul Scott to discuss unable to find Rose Roberts | 0.20 hrs |

## OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 10/11/2013 | Photocopy Services | $1.80 |
| 12/23/2013 | Photocopy Services | $13.80 |
| 12/27/2013 | Photocopy Services | $64.20 |
| 12/27/2013 | Photocopy Services | $2.40 |
| 12/27/2013 | Postage/Outside Courier | $7.88 |
| 12/30/2013 | Facsimile Services | $1.60 |

| | | | |
|---|---|---|---|
| 12370 - 00001 | | Invoice #:  114207 | Page 10 |
| 01/21/2014 | Photocopy Services | | $1.00 |
| 01/21/2014 | THOMSON REUTERS - WEST; Computer Research Services | | $68.33 |
| 01/21/2014 | THOMSON REUTERS - WEST; Computer Research Services | | $42.70 |
| 02/04/2014 | PACER SERVICE CENTER; Computer Research Services | | $32.00 |
| 02/04/2014 | PACER SERVICE CENTER; Computer Research Services | | $40.50 |
| 02/05/2014 | Photocopy Services | | $6.60 |
| 02/06/2014 | Photocopy Services | | $0.60 |

**EXPENSE RECAP**

| | |
|---|---|
| Photocopy Services | $81.40 |
| Facsimile Charges | $1.60 |
| Computer Research Services | $111.03 |
| Postage/Outside Courier | $7.88 |
| Total other charges for this matter: | $201.91 |

**BILLING SUMMARY**

| | |
|---|---|
| Reeves, Sharon Hurt | 45.80 hrs |
| Culves, Sherry Hall | 22.20 hrs |
| McQueen, Hays B. | 30.70 hrs |
| Ekey, Jessica B. | 10.30 hrs |
| TOTAL FEES | 109.00 hrs |

*PLEASE NOTE THE INVOICE NUMBER ON YOUR REMITTANCE.  THANK YOU.*
*Visit Our Website @ www.jonescork.com*