Summary of Attorney's Fees Requested from 1/26/2014 to 2/17/2014

| Billing Individual | Position in firm (At time of Billing) | Break Down of Time Billed by Individual | Hourly Rate | Requested per individual |
|---|---|---|---|---|
| Sherry Culves | Partner | 0 | $250 | $0 |
| Sharon Reeves | Partner | 49.8 | $225 | $11,205 |
| Hays McQueen | Associate | 37.4 | $155 | $5,797 |
| Canon Hill | Associate | 9.6 | $165 | $1,584 |
| Collier McKenzie | Associate | 0.8 | $150 | $120 |
| Jessica Ekey | Paralegal | 2 | $85 | $170 |
| | | | | |
| Sub-Total Fees | | 99.6 | | $18,876 |
| 8% Reduction | | | | $1,510 |
| | | | | |
| Total Fees Requested | | | | $17,366.00 |
| | | | | |
| Total Expenses | | | | $91.10 |

– Attachment D to SHR Affidavit –

# JONES, CORK & MILLER, LLP

P.O. Box 6437
Macon, GA  31208-6437
(478) 745-2821
Fed. ID # 58-1210646

David Jackson
115 Horseshoe Bend
Riverdale, GA  30274

February 18, 2014
Billing through:   02/17/2014

| Client: 12370 | JACKSON, DAVID L., ET AL | Invoice #: | 114300 |
| --- | --- | --- | --- |
| Matter: 00001 | Glynn Co Sheriff's Dept/FLSA | Timekeeper: | SHR |

*Regarding:* Glynn County Sheriff's Department/FLSA

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours |
| --- | --- | --- | --- |
| 01/27/2014 | JBE | Communication from Sara Larry re: [redacted]. | 0.10 hrs |
| 01/27/2014 | JBE | Communication to Mr. Lawson re: [redacted]. | 0.10 hrs |
| 01/27/2014 | JBE | Communication from and to Sara Larry re: [redacted] | 0.10 hrs |
| 01/27/2014 | JBE | Receipt and review of [client documents] [redacted] | 0.10 hrs |
| 01/27/2014 | JBE | Communication to Rose Roberts at [redacted]. | 0.10 hrs |
| 01/27/2014 | JBE | Review social media to find Rose Roberts. | 0.20 hrs |
| 01/29/2014 | SHR | email from Paul Scott suggesting method of joint dismissal of Rose Roberts; | 0.10 hrs |
| 01/30/2014 | SHR | briefly research joint dismissal | 0.40 hrs |
| 01/30/2014 | SHR | email Paul Scott suggesting that we move for approval of joint dismissal | 0.10 hrs |
| 01/30/2014 | SHR | draft response to Third Offer of Judgment | 0.50 hrs |
| 01/30/2014 | SHR | email exchange with Paul Scott regarding court approval of Rule 41 joint motion though not required | 0.20 hrs |
| 01/31/2014 | SHR | receive, review and revise Motion to Dismiss Rose Roberts' claims drafted by Paul Scott; finalize formal acceptance of Rule 68 offer; call Paul Scott to discuss notifying court of settlement and that attorney fee issue remains to be resolved and re moving for court approval of settlement | 1.50 hrs |
| 01/31/2014 | SHR | receive and review drafts of Consent Motion to Dismiss Rose Roberts, Notice of Acceptance of Offer of Judgment, and Status Update; email requested revision to same | 0.50 hrs |
| 01/31/2014 | HBM | Continued research regarding the statutory process for filing Motion for Recovery of Attorney's Fees and Costs in light of reached settlement among parties and preparation of filing the same with the Court. | 0.40 hrs |
| 02/03/2014 | HBM | Research of issues regarding the order entered by Judge Wood and timeline for filing motion for attorney's fees. | 0.90 hrs |
| 02/03/2014 | JBE | Communication from Sheila Moran re: [redacted] | 0.10 hrs |
| 02/03/2014 | JBE | Communication from and to Helen Moran re: [redacted]. | 0.10 hrs |
| 02/04/2014 | SHR | receive and review Court's order dismissing with prejudice and | 1.00 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | closing case; review pleadings for error; consult with Hays who will address this in my absence - pleadings requested a return to the calendar for determination of attorneys fees | |
| 02/04/2014 | SHR | brief research on methods to modify error in order | 1.00 hrs |
| 02/04/2014 | CBH | Receipt and review of email re: Jimmy Bruce.  Reply to email re: same. | 0.20 hrs |
| 02/04/2014 | HBM | Revision of Order entered by Court and filed Notice of Acceptance of Offer as it relates to issues of attorney's fees and costs to be determined. | 0.30 hrs |
| 02/04/2014 | HBM | Communications with opposing counsel and Clerk for Court, and Courtroom Deputy in attempts to resolve issues as to clarification of Order. | 0.20 hrs |
| 02/04/2014 | HBM | Research regarding procedural rules for filing special motions as to the clarification of an order entered for judgment. | 0.50 hrs |
| 02/04/2014 | HBM | Research regarding timeliness for filing motion for clarification of Order. | 0.50 hrs |
| 02/04/2014 | HBM | Research relating to the temporal impact of filing motion for reentry of correct order on timeliness for filing a motion to recover attorneys' fees. | 0.30 hrs |
| 02/04/2014 | JBE | Communication from and to Annie Hamilton re: ███████. | 0.10 hrs |
| 02/04/2014 | JBE | Communication from Jerrick Lawson re: ███████. | 0.10 hrs |
| 02/04/2014 | JBE | Correspondence to Jimmy Bruce re: ███████ | 0.10 hrs |
| 02/04/2014 | JBE | Review individual subfile for memo and prepare new memo to Sharon re ███████ Jimmy Bruce. | 0.30 hrs |
| 02/04/2014 | JBE | Communication from Jimmy Bruce re: ███████. | 0.30 hrs |
| 02/05/2014 | SHR | email from Court Deputy that she will ensure issue of attorneys fees is addressed with the Court | 0.10 hrs |
| 02/05/2014 | CBH | Email re: Jimmy Bruce and ███████.  Follow up phone call to Mr. Bruce explaining ███████ Follow up email re: same. | 0.30 hrs |
| 02/05/2014 | HBM | Correspondence with Courtroom Deputy regarding issue as to clarification of order entered dismissing case with prejudice. | 0.20 hrs |
| 02/05/2014 | HBM | Phone correspondence with opposing counsel Paul Scott regarding the order entered by the Court as to the settlement. | 0.10 hrs |
| 02/05/2014 | HBM | Continued development of authority in support of position as to recovery of attorney's fees under FLSA and drafting motion for attorney's fees regarding such analysis and preparation of supporting affidavit testimony of attorneys involved in matter. | 3.40 hrs |
| 02/06/2014 | SHR | work on motion for attorney's fees and supporting affidavits - lodestar burden and Johnson factors and evidence to support same | 5.80 hrs |
| 02/06/2014 | CBH | Email to Jimmy Bruce re: ███████. | 0.20 hrs |
| 02/06/2014 | HBM | Determinations regarding appropriate timing and filing for Motion for Attorney's fees and costs in accordance with Rule 54 and Local Rule 54 establishing time frames for motions and itemization of fees/costs and supporting documentation. | 0.70 hrs |
| 02/06/2014 | HBM | Continued revision in preparation of outlining necessary affidavit support for Motion for Attorney's Fees application. | 0.30 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/06/2014 | HBM | Reviewing order; preparing affidavits, and getting file materials together in prep for getting expert attorneys. | 2.20 hrs |
| 02/07/2014 | SHR | redact bill for 10/25/13 to 1/24/14 and cut entries and time from same; create charts to use as exhibits of time cut, time expended and fees and expenses requested; brief research on Johnson factors and development of facts in support of each | 3.70 hrs |
| 02/07/2014 | CBH | Research re: admissibility of settlement negotiations and impact re: same on recovery of attorney fees. | 1.20 hrs |
| 02/07/2014 | HBM | Correspondence and communications with potential attorney experts in the relevant market and field regarding opinion as to reasonable rates and work performed on matter. | 0.50 hrs |
| 02/07/2014 | HBM | Research of additional matters to be further developed in Motion for Attorney's fees including the differentiation of costs and expenses under statutory framework, and supporting authority as to the recovery of paralegal fees for the purposes of effectively reducing attorney costs on routine legal matters. | 0.90 hrs |
| 02/07/2014 | JBE | Communication from and to Sara Larry re: ▇▇▇. | 0.10 hrs |
| 02/07/2014 | JBE | Communication from and to Winiferd Lockett re: ▇▇▇. | 0.10 hrs |
| 02/10/2014 | SHR | call from Ronald James re ▇▇▇ | 0.10 hrs |
| 02/10/2014 | SHR | strategy meeting with partner about whether to utilize expert on reasonableness of time spent for lodestar burden - no time billed for partner | 1.00 hrs |
| 02/10/2014 | SHR | meeting with Hays McQueen to develop strategy of expert opinion on lodestar factors and to develop facts on Johnson factors and divide responsibilities for briefing and affidavits on same | 0.80 hrs |
| 02/10/2014 | SHR | research compensability of expenses in 11th Circuit fee shifting statutes; continue work on charts of expenses and begin affidavit and brief portions on same issues | 5.60 hrs |
| 02/10/2014 | CBH | Research re: Rule 408 and situations where settlement offers/negotiations are admissible. | 1.20 hrs |
| 02/10/2014 | CBH | Research Re: FLSA disputes over attorney's fees and admissibility of settlement negotiations. | 1.00 hrs |
| 02/10/2014 | CBH | Research re: cases on admissibility of settlement negotiations in 11th Circuit. | 0.80 hrs |
| 02/10/2014 | CBH | Follow up with Sharon H. Reeves re: research on admissibility of settlement negotiations in dispute re: attorney's fees. | 0.20 hrs |
| 02/10/2014 | CBH | Research re: requirement in local rules re: Motion to Seal. | 0.80 hrs |
| 02/10/2014 | CBH | Phone call to Clerk's Office re: Motion to Seal. | 0.20 hrs |
| 02/10/2014 | CBH | Follow up with Sharon H. Reeves re: process to seal documents. Discussion re: timing of filing motion to seal and motion for attorney's fees. | 0.20 hrs |
| 02/10/2014 | HBM | Reviewing and outlining itemized bills to submit as exhibits and evidence as to reasonable attorney's fees and for preparation of affidavits of work performed by attorneys. | 0.70 hrs |
| 02/10/2014 | HBM | Development and outlining of authority and facts in support of position that ▇▇▇. | 0.90 hrs |
| 02/10/2014 | HBM | Correspondence with potential expert attorney witnesses regarding reasonableness of market rates and hours expended. | 0.70 hrs |
| 02/10/2014 | HBM | Development of issues regarding necessity of expert opinion as to time spent on matter, and research regarding authority of | 1.10 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | opinion of practicing attorney working on legal matter as evidence of reasonableness. | |
| 02/11/2014 | SHR | call from Ismael Torres re ▮▮▮▮▮ | 0.10 hrs |
| 02/11/2014 | SHR | work on charts for affidavits and brief on fees and expenses; complete research on compensable expenses in fee shifting statutes; brief review of rules on bill of costs and decide to pursue as expense to save time and for judicial economy | 5.30 hrs |
| 02/11/2014 | CBH | Additional changes/revisions to Motion to Seal. | 0.20 hrs |
| 02/11/2014 | CBH | Drafted motion to file un-redacted bills under seal. | 1.20 hrs |
| 02/11/2014 | CBH | Drafted proposed Order. | 0.80 hrs |
| 02/11/2014 | CBH | Briefly researched attorney-client privilege rule in FRE to cite in Motion. | 0.20 hrs |
| 02/12/2014 | SHR | emails from and to Paul Scott re timing of payment to plaintiffs and approval of settlement | 0.30 hrs |
| 02/12/2014 | SHR | draft portion of affidavit on expenses; draft portion of brief on facts and law on expenses; draft portion on fee amounts and reduction of fees for brief; develop and analyze facts necessary for each | 7.00 hrs |
| 02/12/2014 | HBM | Research of FLSA matters in all pertinent jurisdictions reviewing ▮▮▮▮▮ | 4.00 hrs |
| 02/12/2014 | CWM | Briefly reviewed material sent by Hays regarding attorney fee Affidavits and email correspondence with Hays regarding the same. | 0.20 hrs |
| 02/13/2014 | SHR | work on portions of brief in support of attorney's fees motion and billing records in support of same | 5.00 hrs |
| 02/13/2014 | CBH | Receipt and review of redacted time sheets.  Review of same in order to prepare my Affidavit for Motion for Attorney's Fees. Follow up email re: same. | 0.30 hrs |
| 02/13/2014 | HBM | Drafting supporting documentation for Motion for Attorneys Fees including ▮▮▮▮▮ | 6.70 hrs |
| 02/13/2014 | CWM | Prepared my Attorney Fee Affidavits for HBM to use regarding Motion for Attorney Fees in FLSA case. | 0.60 hrs |
| 02/14/2014 | SHR | brief review of affidavit of Sherry Culves; email Sherry re which of us will do detailed revisions; call from Sherry to discuss same | 1.70 hrs |
| 02/14/2014 | CBH | Drafted my Affidavit to include with Motion for Attorney's Fees. | 0.60 hrs |
| 02/14/2014 | HBM | Editing and drafting of brief to include analysis as to ▮▮▮▮▮ | 6.60 hrs |
| 02/15/2014 | SHR | make revisions to affidavit of Sherry Culves ▮▮▮▮▮ | 2.00 hrs |
| 02/17/2014 | SHR | continue work on additions to Sherry Culves' affidavit to include ▮▮▮▮▮ | 6.00 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/17/2014 | HBM | Correspondence with expert attorney as to reasonable market rates for forum jurisdiction for attorneys fees application. | 0.20 hrs |
| 02/17/2014 | HBM | Multiple tasks for the filing of the Motion for Attorney fees and Supporting Evidentiary Documentation [redacted] | 5.10 hrs |

## OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 02/04/2014 | PACER SERVICE CENTER; Computer Research Services | $32.00 |
| 02/04/2014 | PACER SERVICE CENTER; Computer Research Services | $40.50 |
| 02/05/2014 | Photocopy Services | $6.60 |
| 02/06/2014 | Photocopy Services | $0.60 |
| 02/10/2014 | Photocopy Services | $11.40 |

## EXPENSE RECAP

| | |
|---|---|
| Photocopy Services | $18.60 |
| Computer Research Services | $72.50 |
| **Total other charges for this matter:** | **$91.10** |

## BILLING SUMMARY

| Attorney | Hours |
|---|---|
| Reeves, Sharon Hurt | 49.80 hrs |
| Hill, Canon B. | 9.60 hrs |
| McQueen, Hays B. | 37.40 hrs |
| McKenzie, Collier W. | 0.80 hrs |
| Ekey, Jessica B. | 2.00 hrs |
| **TOTAL FEES** | **99.60 hrs** |

*PLEASE NOTE THE INVOICE NUMBER ON YOUR REMITTANCE.   THANK YOU.*
*Visit Our Website @ www.jonescork.com*