IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON,<br>HELEN DENISE MORAN,<br>Individually and on behalf of all other<br>similarly situated individuals<br><br>      Plaintiff,<br><br>v.<br><br>NEAL JUMP,<br>in his official capacity as Sheriff of<br>Glynn County, Georgia; and<br>THE GLYNN COUNTY SHERIFF'S OFFICE<br><br>      Defendants. | CIVIL ACTION NO. 2:12-CV-00135 |

## AFFIDAVIT OF CANON B. HILL

STATE OF GEORGIA

COUNTY OF BIBB

Before the undersigned officer, duly authorized to administer oaths, comes Canon B. Hill, to me known, who being first duly sworn, says:

1.

I am over 21 years of age, and I have personal knowledge of the facts herein set forth unless otherwise indicated.

2.

This affidavit is being presented as evidence in support of Jones, Cork & Miller, LLP's ("Jones Cork & Miller") Motion for Attorney's Fees in connection with its representation of Plaintiffs on their Fair Labor Standards Act ("FLSA") claims.



EXHIBIT 4

3.

I have been employed by Jones Cork & Miller since 2008 and I have been admitted to the State Bar of Georgia since 2006. Currently, I am an associate with Jones Cork & Miller and I am a member in good standing with the State Bar.

4.

In preparation for filing this affidavit, I have personally reviewed the time entries of Jones Cork & Miller regarding this litigation. Moreover, I have reviewed the detailed statement of hours and my personal time entries relating to the services I rendered. Such statement and time entries are included in Attachments B – D to the Affidavit of Sharon H. Reeves.

5.

According to the applicable times entries, I spent 89.2 hours in connection with services I performed for this litigation. Upon review of the records and my knowledge of the matter, I believe that the hours I worked were reasonable, necessary and required to render my services.

6.

Particularly, I participated in the following services during the pendency of this litigation: (1) communicated with potential plaintiffs regarding the litigation; (2) addressed legal questions and concerns from Plaintiffs throughout litigation; (3) assisted in preparing the Open Records Request to Defendants; (4) researched matters relating to and in support of the Compliant and procedural requirements for filing same in the Southern District; (5) researched issues and drafted portions of various motions and briefs; (6) drafted correspondence to opposing counsel; (7) assisted in case management as directed; (8) researched matters in support of Jones Cork and Miller's Motion for Attorneys' Fees; and (9) drafted Plaintiffs' Motion to File Unredacted

Billing Records at Issue Under Seal; as well as other tasks more fully laid out in the detailed billing records.

7.

Further, I believe that the proffered hourly rate of $165.00 per hour for the representation of Plaintiffs is reasonable in light of my experience and qualifications.

FURTHER AFFIANT SAYETH NOT.

This 20th day of February 2014.

_____
Canon B. Hill

Subscribed to and sworn before me
this 10th day of February, 2014.

_____
Notary Public, State of Georgia

My Commission Expires: 8-20-17