IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| DAVID L. JACKSON, <br> HELEN DENISE MORAN, <br> Individually and on behalf of all other <br> similarly situated individuals <br><br> Plaintiff, <br><br> v. <br><br> NEAL JUMP, <br> in his official capacity as Sheriff of <br> Glynn County, Georgia; and <br> THE GLYNN COUNTY SHERIFF'S OFFICE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 2:12-CV-00135 |

## AFFIDAVIT OF HAYS B. MCQUEEN

STATE OF GEORGIA

COUNTY OF BIBB

Before the undersigned officer, duly authorized to administer oaths, comes Hays B. McQueen, to me known, who being first duly sworn, says:

1.

I am over 21 years of age, and I have personal knowledge of the facts herein set forth unless otherwise indicated.

2.

This affidavit is being presented as evidence in support of Jones, Cork & Miller, LLP's ("Jones Cork & Miller") Motion for Attorney's Fees in connection with its representation of Plaintiffs on their Fair Labor Standards Act ("FLSA") claims.



EXHIBIT 5

3.

I have been employed by Jones Cork & Miller since 2010 and I have been admitted to the State Bar of Georgia since 2010. Currently, I am an associate with Jones Cork & Miller and I am a member in good standing with the State Bar.

4.

In preparation for filing this affidavit, I have personally reviewed the time entries of Jones Cork & Miller regarding this litigation. Moreover, I have reviewed the detailed statement of hours and my personal time entries relating to the services I rendered. Such statement and time entries are included in Attachments B – D to the Affidavit of Sharon H. Reeves.

5.

According to the applicable times entries, I spent 255.8 hours in connection with services I performed for this litigation. Upon review of the records and my knowledge of the matter, I believe that the hours I worked were reasonable, necessary and required to render my services.

6.

I was involved in several aspects of this litigation from its inception. The tasks and services that I performed on this matter more particularly included the development and analysis regarding the scope of the claims to be brought under FLSA as well as the nature of recovery to be obtained thereby. Moreover, I spent a substantial amount of time developing and researching the pendency of a collective action under the appropriate FLSA standards, which included reviewing the procedural requirements for each opt-in plaintiff as well as addressing the issue as to the dual-capacity of a named-plaintiff and the required written consent of the same. Such tasks included drafting memoranda of law based on the same. Based on such research, I assisted in drafting the applicable written consents to be submitted by each individual plaintiff. Further, a

significant portion of my time spent on this matter included the preparation of and drafting of the Motion to Conditionally Certify the Collective Class, which also included the drafting of the brief in support thereof along with other supporting documentation which was included as part of the Court's authorization to issue notice to similarly situated individuals. Moreover, I reviewed substantive law regarding the appropriate procedures of joinder in a FLSA action. Further, I assisted in preparing discovery requests to be submitted to Defendant in this matter. I also contributed by reviewing Defendant's Response to Plaintiff David Jackson's Motion to Opt In and drafting a reply brief to the same. Upon certification of the matter as a collective action, I assisted in preparing a streamlined system for contacting potential opt-in plaintiffs and filing the necessary documentation with the Court. I also participated in multiple aspects regarding the settlement negotiations between the Parties. Upon reaching such settlement, I, along with partner Sharon Reeves, have spent a great amount of time researching, developing, and drafting all necessary documentation and evidentiary support for filing Plaintiffs' Motion for Attorney's Fees and Expenses.

7.

Further, I believe that the proffered hourly rate of $155.00 per hour for the representation of Plaintiffs is reasonable in light of my experience and qualifications.

[*Signature to follow on next page*]

FURTHER AFFIANT SAYETH NOT.

This 20th day of February, 2014.

_____
Hays B. McQueen

Subscribed to and sworn before me
this 10th day of February 2014.

_____
Notary Public, State of Georgia

My Commission Expires: _____