IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, <br> HELEN DENISE MORAN, <br> Individually and on behalf of all other <br> similarly situated individuals <br><br> Plaintiff, <br><br> v. <br><br> NEAL JUMP, <br> in his official capacity as Sheriff of <br> Glynn County, Georgia; and <br> THE GLYNN COUNTY SHERIFF'S OFFICE <br><br> Defendants. | CIVIL ACTION NO. 2:12-CV-00135 |

## AFFIDAVIT OF COLLIER W. MCKENZIE

STATE OF GEORGIA

COUNTY OF BIBB

Before the undersigned officer, duly authorized to administer oaths, comes Collier W. McKenzie, to me known, who being first duly sworn, says:

1.

I am over 21 years of age, and I have personal knowledge of the facts herein set forth unless otherwise indicated.

2.

This affidavit is being presented as evidence in support of Jones, Cork & Miller, LLP's ("Jones Cork & Miller") Motion for Attorney's Fees in connection with its representation of Plaintiffs on their Fair Labor Standards Act ("FLSA") claims.



EXHIBIT 6

3.

I have been employed by Jones Cork & Miller since 2011 and I have been admitted to the State Bar of Georgia since 2011. Currently, I am an associate attorney with Jones Cork & Miller and I am a member in good standing with the State Bar.

4.

In preparation for filing this affidavit, I have personally reviewed the time entries of Jones Cork & Miller regarding this litigation. Moreover, I have reviewed the detailed statement of hours and my personal time entries relating to the services I rendered. Such statement and time entries are included in Attachments B – D to the Affidavit of Sharon H. Reeves.

5.

According to the applicable times entries, I spent 22.1 hours in connection with services I performed for this litigation. Upon review of the records and my knowledge of the matter, I believe that the hours I worked were reasonable, necessary and required to render my services.

6.

Particularly, I participated in the following services during the pendency of this litigation. Toward the beginning of this litigation matter, I performed legal research and analysis and drafted memorandums regarding: service of the action; permissively joining each of the Opt-in Plaintiffs; and the most effective and efficient method of joining each Opt-in Plaintiff pursuant to the federal rules.  Related thereto, I also performed legal research and analysis regarding the local requirements of filing for each Opt-in Plaintiff.

7.

Further, I believe that the proffered hourly rate of $150.00 per hour for the representation of Plaintiffs is reasonable in light of my experience and qualifications.

[*Signature to follow on next page*]

FURTHER AFFIANT SAYETH NOT.

This 20th day of February, 2014.

_____
COLLIER W. MCKENZIE

Subscribed to and sworn before me
this 20th day of February, 2014.

_____
Notary Public, State of Georgia

My Commission Expires: 8/16/2017