IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, ) <br> HELEN DENISE MORAN, ) <br> Individually and on behalf of all other ) <br> similarly situated individuals ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEAL JUMP, ) <br> in his official capacity as Sheriff of ) <br> Glynn County, Georgia; and ) <br> THE GLYNN COUNTY SHERIFF'S OFFICE ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:12-CV-00135 |

## AFFIDAVIT OF JESSICA EKEY

STATE OF GEORGIA

COUNTY OF BIBB

Before the undersigned officer, duly authorized to administer oaths, comes Jessica Ekey, to me known, who being first duly sworn, says:

1.

I am over 21 years of age, and I have personal knowledge of the facts herein set forth unless otherwise indicated.

2.

This affidavit is being presented as evidence in support of Jones, Cork & Miller, LLP's ("Jones Cork & Miller") Motion for Attorney's Fees in connection with its representation of Plaintiffs on their Fair Labor Standards Act ("FLSA") claims.


EXHIBIT 7

1

3.

I am a paralegal at Jones Cork & Miller. I have been employed by Jones Cork & Miller since June 2009. Prior to my employment at Jones Cork & Miller, I worked for Waddell & Associates in Milledgeville, Georgia, as a paralegal for three to four years. I am a 2007 graduate of Georgia College and State University, where I obtained my BBA.

4.

In preparation for filing this affidavit, I have personally reviewed the time entries of Jones Cork & Miller regarding this litigation. Moreover, I have reviewed the detailed statement of hours and my personal time entries relating to the services I rendered. Such statement and time entries are included in Attachments B – D to the Affidavit of Sharon H. Reeves.

5.

According to the applicable times entries, I spent 87.6 hours in connection with services I performed for this litigation. Upon review of the records and my knowledge of the matter, I believe that the hours I worked were reasonable, necessary and required to render my services.

6.

My work on this file included reviewing, organizing and preparing client documents; assembling exhibits and correspondence; planning and preparing; managing all communication with clients; charting client information and keeping records of those contacts; numerous emails and phone communications from clients and other tasks as directed by Sherry Culves and Sharon Reeves. All of these items were performed under the direct supervision of Jones Cork & Miller attorneys.

7.

Further, I believe that the proffered hourly rate of $85.00 per hour for the representation of Plaintiffs is reasonable in light of my experience and qualifications as a paralegal.

FURTHER AFFIANT SAYETH NOT.

This 20 day of February 2014.

_____
JESSICA EKEY

Subscribed to and sworn before me
this 20th day of February, 2014.

_____
Notary Public, State of Georgia

My Commission Expires: 8/20/2017