UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, individually and on behalf of all other similarly situated individuals, | * * * * |
| Plaintiff, | * * |
| v. | * Civil Action No. 2:12cv00135 * |
| SHERIFF NEAL JUMP, in his official capacity as Sheriff of Glynn County, Georgia; | * * * * |
| Defendant. | * |

### ORDER

The Court having read and considered the Defendant's Motion to Exceed Page Limitation, finds that good and sufficient grounds exist for granting the same, therefore

IT IS HEREBY ORDERED that the Defendants shall be permitted to file a Response to the Plaintiffs' Motion for Attorneys Fees and Expenses of up to thirty-five (35) pages in length.

SO ORDERED, this 19th day of MARCH, 2014.

James E. Graham, Magistrate Judge
U. S. District Court, Southern District
of Georgia, Brunswick Division