UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DAVID L. JACKSON, individually and   *
on behalf of all other similarly situated   *
individuals,   *
  *
               Plaintiff,   *
  *
          v.   *   Civil Action No. 2:12cv00135
  *
SHERIFF NEAL JUMP, in his official   *
capacity as Sheriff of Glynn County,   *
Georgia;   *
  *
          Defendant.   *

## O R D E R

The Court having read and considered the Defendant's Motion to file his Response

to Plaintiffs' Motion for Attorney's Fees and Expenses and supporting exhibits under seal,

and, finding good cause, hereby GRANTS Defendant's Motion to file his Response to

Plaintiffs' Motion for Attorney's Fees and Expenses and supporting exhibits under seal.

SO ORDERED, this _____ day of MARCH, 2014.

James E. Graham, Magistrate Judge
U. S. District Court, Southern District
of Georgia, Brunswick Division