# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, individually and on behalf of all other similarly situated individuals | ) ) ) ) ) ) CV212-135 |
| v. | ) ) |
| NEAL JUMP, in his official capacity as Sheriff of Glynn County | ) ) ) ) |

## ORDER

The parties to this action having consented to an extension of time and it appearing from the record that the time originally prescribed or extended has not expired and that no previous extension has been granted by the Clerk with respect to this pleading, an extension of fourteen (14) days is hereby granted.

This 31st of March, 2014

SCOTT L. POFF, CLERK

_____
Deputy Clerk of the United States District Court for
The Southern District of Georgia