UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| DAVID L. JACKSON, individually and on behalf of all other similarly situated individuals, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 2:12cv00135 |
| SHERIFF NEAL JUMP, in his official capacity as Sheriff of Glynn County, Georgia; | * * * * | |
| Defendant. | * | |

## ORDER

The Court having read and considered the Defendant's Motion to File Under Seal his Response to the Plaintiffs' "Notice of Filing of Court Ordered Exhibit Under Seal," and, finding good cause, hereby GRANTS Defendant's Motion to file said Response Brief under seal.

SO ORDERED, this 27th day of MAY, 2014.

_____
James E. Graham, Magistrate Judge
U. S. District Court, Southern District
of Georgia, Brunswick Division