UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID L. JACKSON, individually and on behalf of all other similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF NEAL JUMP, in his official capacity as Sheriff of Glynn County, Georgia; <br><br> Defendant. | Civil Action No. 2:12cv00135 |

## SATISFACTION OF JUDGMENT

1. On September 30, 2014, Chief Judge Wood approved the Third Offer of Judgment in the amount of $86,071.35; awarded attorneys' fees to the plaintiffs in the amount of $136,902; and awarded certain categories of costs to the plaintiffs upon verification of the same within thirty (30) days of the Court's Order (which plaintiffs chose not to verify). (Docket No. 208).

2. The parties subsequently reached a settlement regarding the amount of attorneys' fees and costs.

3. By check, Defendant has paid to the Plaintiffs and Jones, Cork and Miller, LLP, all of the amounts ordered by Chief Judge Wood and due, and Defendant has fully satisfied this judgment and has paid all amounts owed. No other sums are due or owing by Defendant.

4. Plaintiffs and Jones, Cork and Miller, LLP, acknowledge payment of said

judgment, attorneys' fees, costs and interest in full and desire to release this judgment and hereby fully and completely satisfy the same.

5.   THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

This 18th day of December, 2014.

JONES, CORK AND MILLER, LLP

_____
Sharon H. Reeves
Georgia Bar No. 380109
sharon.reeves@jonescork.com

PO Box 6437
Macon, GA 31028

Attorney for Plaintiffs

STATE OF GEORGIA      )
                      )
COUNTY OF BIBB        )

On the 18 day of December, 2014 before me personally came Sharon Reeves to me known and known to be a member of the firm of JONES, CORK AND MILLER, LLP, attorneys for all Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.



Donna C. Morrison
Notary Public

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This 22nd day of December, 2014.

/s/ Paul Scott
Paul Scott
Georgia State Bar Number: 140960
Pscott@brbcsw.com

Attorney for Defendant
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX