AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID L. JACKSON, et al

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV212-135

SHERIFF NEAL JUMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that accordance with the Order of the Court entered this 29th day of December 2014, judgment is hereby entered dismissing with prejudice all claims against the Defendant. This case stands closed.

Approved by: _____

December 29, 2014
Date

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03